**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                                Case No. 3:26cr123-TKW

ROSEMAY G MANZANO

_____/

## **ORDER**

Pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and consistent with *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, the government must produce to defendant or his or her counsel information that is material and exculpatory and which is known to the prosecutors or those working on the government's behalf in this case. The government must produce such information that the Defendant or his or her counsel effectively might use such information at trial or sentencing. Failure to timely produce this information may result in exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or other sanctions.

**DONE AND ORDERED** this 28th day of July 2026.

/s/ *Michael J. Frank*
_____
**MICHAEL J. FRANK
CHIEF UNITED STATES MAGISTRATE JUDGE**