**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                         **Case No.: 3:26CR123-TKW**

**ROSEMAY G. MANZANO**

_____/

**NOTICE OF LIS PENDENS
RE: FORFEITURE**

**GRANTEE**:   **ROSEMAY GONZALES MANZAND and JOSHUA
ADAM MANZANO, HUSBAND AND WIFE**

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE
DEFENDANT AND/OR GRANTEE any interest in the real property
described hereunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as

made applicable hereto by the provisions of Title 21, United States Code, Section

853, that on July 21, 2026, an Indictment was filed in the Northern District of

Florida, Pensacola Division, charging the above defendant, with violations of Title

18, United States Code, Sections 1344(2), 1957 & 2, 1028A(a)(1), and Title 26,

United States Code, Section 7206(1). The Indictment, dated July 21, 2026, included

criminal forfeiture allegations forfeiting to the United States of America, pursuant

to Title 18, United States Code, Section 982(a)(2)(A) and Title 28, United States

1

Code Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 1344(2), any and all of the defendant's rights, titles, and interests in any property, real and personal, constituting and derived from proceeds traceable to such offenses; and pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1957, any and all of the defendant's rights, titles and interests in any property, real and personal, involved in such an offense and any property traceable to such property.

As a result of the forfeiture count, proceedings have commenced against **real property located at 232 Paradise Palm Circle, Crestview, Florida, titled in the name of ROSEMAY GONZALES MANZAND and JOSHUA ADAM MANZANO, HUSBAND AND WIFE, more particularly described as:**

> **Lot 7, Block D, LIBERTY OAKS, according to the Plat thereof, recorded in Plat Book 25, Page(s) 75 through 77, of the Public Records of Okaloosa County, Florida.**
>
> **PARCEL ID:   12-3N-24-0800-000D-0070.**

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any

2

alleged interest subsequent to the indictment, except as provided by the provisions of Title 21 United States Code, Section 853(n).

Dated this 3rd day of August, 2026.

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

*s/ WINIFRED L. ACOSTA*
WINIFRED L. ACOSTA
Assistant United States Attorney
FL Bar No. 0076333
111 N. Adams Street, 4th Floor
Tallahassee, Florida 32301
Winifred.Acosta@usdoj.gov
(850) 942-8430